# STARBUCKS #7336
## PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **THOMPSON, BRIAN** | | | | | | | | | |
| 0073   XXX-XX-5059 | | | | | | | | | |
| | 06/17/2022 | Regular | 40.00 | 720.00 | | 0.00 | SOC-SEC | 44.64 | 596.50 |
| | | | **40.00** | **720.00** | | | MCARE | 10.44 | 52875 |
| | | | | | | | FED TAX | 58.42 | **DD** |
| | | | | | | | COLORADO STATE TAX | 10.00 | |
| | | | | | | | | **123.50** | |
| | 07/01/2022 | Regular | 20.00 | 360.00 | | 0.00 | SOC-SEC | 22.32 | 313.19 |
| | | | **20.00** | **360.00** | | | MCARE | 5.22 | 52886 |
| | | | | | | | FED TAX | 19.27 | **DD** |
| | | | | | | | | **46.81** | |
| | 07/15/2022 | Regular | 30.00 | 540.00 | | 0.00 | SOC-SEC | 33.48 | 453.67 |
| | | | **30.00** | **540.00** | | | MCARE | 7.83 | 52901 |
| | | | | | | | FED TAX | 37.27 | **DD** |
| | | | | | | | COLORADO STATE TAX | 2.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **86.33** | |
| | 07/29/2022 | Regular | 30.00 | 540.00 | | 0.00 | SOC-SEC | 33.48 | 459.42 |
| | | | **30.00** | **540.00** | | | MCARE | 7.83 | 52914 |
| | | | | | | | FED TAX | 37.27 | **DD** |
| | | | | | | | COLORADO STATE TAX | 2.00 | |
| | | | | | | | | **80.58** | |
| **SUB TOTALS** | | Regular | 120.00 | 2160.00 | | 0.00 | SOC-SEC | 133.92 | **1822.78** |
| | | | **120.00** | **2160.00** | | | MCARE | 31.32 | |
| | | | | | | | FED TAX | 152.23 | |
| | | | | | | | COLORADO STATE TAX | 14.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **337.22** | |



Printed on: 8/15/2022 9:43:10 AM       Page 1 of 2

## STARBUCKS #7336
**PAYROLL HISTORY**

Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE TOTALS** | | Regular | 120.00 | 2160.00 | | 0.00 | SOC-SEC | 133.92 | **1822.78** |
| | | | **120.00** | **2160.00** | | | MCARE | 31.32 | |
| | | | | | | | FED TAX | 152.23 | |
| | | | | | | | COLORADO STATE TAX | 14.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **337.22** | |



Printed on: 8/15/2022 9:43:10 AM

# STARBUCKS SLOANS
## LAKE #7498
### PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE EMP ID | CHECK DATE SSN | EARNINGS DESCR RATE | CURRENT HOURS | AMOUNT | DEDUCTIONS DESCR | CURRENT AMOUNT | TAXES DESCR | CURRENT AMOUNT | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **THOMPSON, BRIAN** 0018 | XXX-XX-5059 | | | | | | | | |
| | 06/17/2022 | Regular | 40.00 40.00 | 720.00 720.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 44.64 10.44 38.73 10.00 103.81 | 616.19 52187 **DD** |
| | 07/01/2022 | Regular | 40.00 40.00 | 720.00 720.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 44.64 10.44 38.73 10.00 5.75 109.56 | 610.44 52204 **DD** |
| | 07/15/2022 | Regular | 20.00 20.00 | 360.00 360.00 | | 0.00 | SOC-SEC MCARE FED TAX | 22.32 5.22 2.73 30.27 | 329.73 52223 **DD** |
| | 07/29/2022 | Regular | 30.00 30.00 | 540.00 540.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 33.48 7.83 20.73 2.00 64.04 | 475.96 52242 **DD** |
| **SUB TOTALS** | | Regular | 130.00 130.00 | 2340.00 2340.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 145.08 33.93 100.92 22.00 5.75 307.68 | 2032.32 |



Printed on: 8/15/2022 9:49:28 AM

Page 1 of 3

# STARBUCKS SLOANS LAKE #7498

## PAYROLL HISTORY

Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |



## STARBUCKS SLOANS LAKE #7498
### PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE TOTALS** | | Regular | 130.00 | 2340.00 | | 0.00 | SOC-SEC | 145.08 | **2032.32** |
| | | | **130.00** | **2340.00** | | | MCARE | 33.93 | |
| | | | | | | | FED TAX | 100.92 | |
| | | | | | | | COLORADO STATE TAX | 22.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **307.68** | |



Printed on: 8/15/2022 9:49:28 AM        Page 3 of 3