**United States Bankruptcy Court**
**District of Colorado**

In re:  Brian Thompson
       Debtor(s)

Bankruptcy No.: 22-13489-TBM
Chapter: 7

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
ADVISEMENT TO DEBTOR IN THE EVENT OF DEFAULT

THIS MATTER comes before the Court on the Debtor's Application to Pay the Filing Fee in Installments (the "Application").

The Application is GRANTED.

IT IS ORDERED the Debtor pay the filing fee prescribed by 28 U.S.C. § 1930(a) in installments on the following terms:

1) $_____ submitted
   $ 126.00      balance of 1st installment due on or before 9/26/2022
2) $ 106.00      on or before  10/24/2022
3) $ 106.00      on or before  11/21/2022

The Debtor is advised that failure to pay the statutory filing fees as set forth above shall constitute cause for dismissal, and Debtor may be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. § 109(g).  See 11 U.S.C. § 707(a)(2) or 1307(a)(2), as applicable, and Fed.R.Bankr.P. 1017(b).

In a chapter 7 asset case, the Debtor is advised that failure to pay the statutory filing fees as set forth above may result in the case being closed without entry of a discharge.  See Fed.R.Bankr.P. 4004(c)(1)(G).

Until the filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any property to an attorney or any other person for services in connection with this case.  Fees should be paid by the Debtor's attorney, unless the Debtor does not have an attorney.

Court fees may be paid in one of two ways:

1. Online by debit card, PayPal, or ACH at https://www.cob.uscourts.gov/online-payments or scan the QR code included at the bottom of this form.
2. In person or by mail with cashier's checks or money orders made out to "Clerk, U.S. Bankruptcy Court" at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202.

Dated:  9/13/2022

FOR THE COURT:
Kenneth S. Gardner, Clerk

By:  __MCS_____
     Deputy Clerk