United States Bankruptcy Court
District of Colorado

In re:  Case No. 22-13489-TBM
Brian Thompson  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 1
Date Rcvd: Sep 13, 2022    Form ID: pdf904    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Thompson, 4544 S. Auckland Court, Aurora, CO 80015-5644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Devon Michael Barclay | on behalf of Debtor Brian Thompson devonbarclaypc@gmail.com |
| Harvey Sender | harveysender1@sendertrustee.com hsender@ecf.axosfs.com;SPierce@sendertrustee.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

United States Bankruptcy Court
District of Colorado

In re: Brian Thompson )
Debtor(s) )  Bankruptcy No.: 22-13489-TBM
) Chapter: 7
)
)
)
)
)

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
ADVISEMENT TO DEBTOR IN THE EVENT OF DEFAULT

THIS MATTER comes before the Court on the Debtor's Application to Pay the Filing Fee in Installments (the "Application").

The Application is GRANTED.

IT IS ORDERED the Debtor pay the filing fee prescribed by 28 U.S.C. § 1930(a) in installments on the following terms:

1) $_____ submitted
   $ 126.00 balance of 1st installment due on or before 9/26/2022
2) $ 106.00 on or before 10/24/2022
3) $ 106.00 on or before 11/21/2022

The Debtor is advised that failure to pay the statutory filing fees as set forth above shall constitute cause for dismissal, and Debtor may be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. § 109(g). See 11 U.S.C. § 707(a)(2) or 1307(a)(2), as applicable, and Fed.R.Bankr.P. 1017(b).

In a chapter 7 asset case, the Debtor is advised that failure to pay the statutory filing fees as set forth above may result in the case being closed without entry of a discharge. See Fed.R.Bankr.P. 4004(c)(1)(G).

Until the filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any property to an attorney or any other person for services in connection with this case. Fees should be paid by the Debtor's attorney, unless the Debtor does not have an attorney.

Court fees may be paid in one of two ways:
1. Online by debit card, PayPal, or ACH at https://www.cob.uscourts.gov/online-payments or scan the QR code included at the bottom of this form.
2. In person or by mail with cashier's checks or money orders made out to "Clerk, U.S. Bankruptcy Court" at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202.

Dated: 9/13/2022

FOR THE COURT:
Kenneth S. Gardner, Clerk

By: __MCS_____
     Deputy Clerk

