| BRECKENRIDGE COFFEE COMPANY<br>DENVER CO 80204 | | DBA STARBUCKS #7336<br>471 KALAMATH STREET | | PERIOD BEG: 07/25/22<br>PERIOD END: 08/07/22<br>CHECK DATE: 08/12/22 | | DD 00052927<br>NET PAY 453.67 |
|---|---|---|---|---|---|---|
| NAME: BRIAN THOMPSON | | EMP#: 0073 | SSN#: XXX-XX-5059 | | | |
| EARNINGS | HOURS | GROSS | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
| BARISTA 18.00 | 30.00 | 540.00 | | SOC-SEC | 33.48 | 453.64 |
| ************ | **30.00 | ***540.00 | **6945.00 | MCARE | 7.83 | 106.10 |
| OTH EAR | | | 350.00 | FED TAX | 37.27 | 557.26 |
| ADD-MIN | | | 21.75 | COLORADO STATE | 2.00 | 80.00 |
| | | | | DENVER | 5.75 | 34.50 |
| Y-T-D HOURS | 390.00 | | | | | |
| SWT:S EX:00 | | | | | | |
| FWT:S EX:00 | | | | | | |
| PSL-ACCRUED | 1.00 | | | | | |
| PSL-BALANCE | 17.64 | | | | | |
| PSL-TAKEN YTD | 0.00 | | | | | |
| PSL-AVAILABLE | 17.64 | | | | | |
| | | 540.00 | 7316.75 | | 86.33 | |

```
SLOANS LAKE COFFEE LLC           DBA STARBUCKS SLOANS LAKE #7498      PERIOD BEG: 08/08/22      DD 00052279
DENVER CO 80204                  4205 WEST COLFAX                     PERIOD END: 08/21/22
                                                                      CHECK DATE: 08/26/22      NET PAY        676.63
 NAME:  BRIAN THOMPSON                   EMP#: 0018     SSN#: XXX-XX-5059
 EARNINGS              HOURS           GROSS         YEAR-TO-DATE    DEDUCTIONS            CURRENT       YEAR-TO-DATE
 MANAGER 20.00         40.00           800.00                        DENVER                   0.00              46.00
 ************        **40.00         ***800.00         *12610.00     COLORADO STATE          14.00             177.00
 ADD-MIN                                                  52.20      SOC-SEC                 49.60             785.06
                                                                     MCARE                   11.60             183.61
 Y-T-D HOURS          725.00                                         FED TAX                 48.17             797.28

 SWT:S EX:01
 FWT:S EX:01

 PSL-ACCRUED           1.33
 PSL-BALANCE          55.51
 PSL-TAKEN YTD         0.00
 PSL-AVAILABLE        48.00


                                       800.00          12662.20                            123.37
```

# STARBUCKS #7336
## PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE / SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **THOMPSON, BRIAN** 0073  XXX-XX-5059 | | | | | | | | | |
| | 06/17/2022 | Regular | 40.00 **40.00** | 720.00 **720.00** | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 44.64 10.44 58.42 10.00 **123.50** | 596.50 52875 **DD** |
| | 07/01/2022 | Regular | 20.00 **20.00** | 360.00 **360.00** | | 0.00 | SOC-SEC MCARE FED TAX | 22.32 5.22 19.27 **46.81** | 313.19 52886 **DD** |
| | 07/15/2022 | Regular | 30.00 **30.00** | 540.00 **540.00** | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 33.48 7.83 37.27 2.00 5.75 **86.33** | 453.67 52901 **DD** |
| | 07/29/2022 | Regular | 30.00 **30.00** | 540.00 **540.00** | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 33.48 7.83 37.27 2.00 **80.58** | 459.42 52914 **DD** |
| **SUB TOTALS** | | Regular | 120.00 **120.00** | 2160.00 **2160.00** | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 133.92 31.32 152.23 14.00 5.75 **337.22** | **1822.78** |



Printed on: 8/15/2022 9:43:10 AM

Page 1 of 2

## STARBUCKS #7336
**PAYROLL HISTORY**

Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE TOTALS** | | Regular | 120.00 | 2160.00 | | 0.00 | SOC-SEC | 133.92 | **1822.78** |
| | | | **120.00** | **2160.00** | | | MCARE | 31.32 | |
| | | | | | | | FED TAX | 152.23 | |
| | | | | | | | COLORADO STATE TAX | 14.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **337.22** | |



Printed on: 8/15/2022 9:43:10 AM

# STARBUCKS SLOANS
## LAKE #7498
### PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE EMP ID | CHECK DATE SSN | EARNINGS DESCR   RATE | CURRENT HOURS | AMOUNT | DEDUCTIONS DESCR | CURRENT AMOUNT | TAXES DESCR | CURRENT AMOUNT | NET PAY CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **THOMPSON, BRIAN** 0018 | XXX-XX-5059 | | | | | | | | |
| | 06/17/2022 | Regular | 40.00 40.00 | 720.00 720.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 44.64 10.44 38.73 10.00 103.81 | 616.19 52187 **DD** |
| | 07/01/2022 | Regular | 40.00 40.00 | 720.00 720.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 44.64 10.44 38.73 10.00 5.75 109.56 | 610.44 52204 **DD** |
| | 07/15/2022 | Regular | 20.00 20.00 | 360.00 360.00 | | 0.00 | SOC-SEC MCARE FED TAX | 22.32 5.22 2.73 30.27 | 329.73 52223 **DD** |
| | 07/29/2022 | Regular | 30.00 30.00 | 540.00 540.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX | 33.48 7.83 20.73 2.00 64.04 | 475.96 52242 **DD** |
| **SUB TOTALS** | | Regular | 130.00 130.00 | 2340.00 2340.00 | | 0.00 | SOC-SEC MCARE FED TAX COLORADO STATE TAX DENVER | 145.08 33.93 100.92 22.00 5.75 307.68 | 2032.32 |



Printed on: 8/15/2022 9:49:28 AM     Page 1 of 3

# STARBUCKS SLOANS LAKE #7498
## PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |



Printed on: 8/15/2022 9:49:28 AM

## STARBUCKS SLOANS LAKE #7498
### PAYROLL HISTORY
Reporting Dates: 06/13/2022 - 08/07/2022

| EMPLOYEE SSN | CHECK DATE | EARNINGS DESCR | TOTAL HOURS | AMOUNT | DEDUCTIONS DESCR | TOTAL AMOUNT | TAXES DESCR | TOTAL AMOUNT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE TOTALS** | | Regular | 130.00 | 2340.00 | | 0.00 | SOC-SEC | 145.08 | **2032.32** |
| | | | **130.00** | **2340.00** | | | MCARE | 33.93 | |
| | | | | | | | FED TAX | 100.92 | |
| | | | | | | | COLORADO STATE TAX | 22.00 | |
| | | | | | | | DENVER | 5.75 | |
| | | | | | | | | **307.68** | |



Printed on: 8/15/2022 9:49:28 AM