Certificate Number: 03088-CO-DE-036934144

Bankruptcy Case Number: 22-13489



03088-CO-DE-036934144

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2022, at 1:02 o'clock PM CDT, Brian D Thompson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:  October 27, 2022         By:  /s/Doug Tonne

                                Name:  Doug Tonne

                                Title:  Counselor