United States Bankruptcy Court
District of Colorado

In re:  Case No. 22-13489-TBM
Brian Thompson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 2
Date Rcvd: Dec 19, 2022 | Form ID: 177 | Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Thompson, 4544 S. Auckland Court, Aurora, CO 80015-5644 |
| 19268063 | + | Kathleen Walsh, 4544 S. Auckland Court, Aurora, CO 80015-5644 |
| 19268064 | + | Vectra Bank, 2000 S Colorado Blvd #2, Denver, CO 80222-7900 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QHSENDER.COM | Dec 20 2022 03:19:00 | Harvey Sender, 600 17th St., Ste. 2800S, Denver, CO 80202-5428 |
| 19268054 | + | EDI: BANKAMER.COM | Dec 20 2022 03:19:00 | Bank of America, Attn Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 19268056 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 19 2022 22:21:00 | CarMax Auto Finance, Attn Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 19268058 | + | EDI: CODEPREV.COM | Dec 20 2022 03:19:00 | Colorado Department of Revenue, Attn Bankruptcy Dept, Rm 104, 1881 Pierce St, Lakewood, CO 80214-3503 |
| 19268059 | + | EDI: WFNNB.COM | Dec 20 2022 03:19:00 | Comenitybank/trwrdsv, Attn Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 19268060 | + | EDI: CITICORP.COM | Dec 20 2022 03:19:00 | Costco Anywhere Visa Card, Attn Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 19268061 | | EDI: IRS.COM | Dec 20 2022 03:19:00 | Internal Revenue Service, 1999 Broadway, Denver, CO 80202 |
| 19268057 | | EDI: JPMORGANCHASE | Dec 20 2022 03:19:00 | Chase Card Services, Attn Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 19268156 | + | EDI: RMSC.COM | Dec 20 2022 03:19:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19268065 | + | Email/Text: vbcbankruptcies@vectrabank.com | Dec 19 2022 22:21:00 | Vectra Bk Co, 1650 S Colorado Bv, Denver, CO 80222-4029 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19268055 | | Breck-Wynkoop |
| 19268062 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 19, 2022 | Form ID: 177 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022                Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Devon Michael Barclay | on behalf of Debtor Brian Thompson devonbarclaypc@gmail.com |
| Harvey Sender | harveysender1@sendertrustee.com  hsender@ecf.axosfs.com;SPierce@sendertrustee.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5059<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court   District of Colorado | | |
| Case number:   22−13489−TBM | | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Thompson

12/19/22                                                      **By the court:**   Thomas B. McNamara
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 COB#177 b318_7          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**