**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

---

**NOTICE REGARDING COUNSEL OF RECORD FOR DEBTOR(S)**

---

Notice is hereby given that attorney Devon Michael Barclay (Attorney Registration No. 52663) and the law firm of Devon Barclay, P.C. have been suspended from practicing law before the United States Bankruptcy Court for the District of Colorado in all cases for a period of three years starting on January 10, 2023.  *See* Memorandum Opinion After Trial, dated January 10, 2023 *Patrick S. Layng, United States Trustee, Region 19 v. Devon Michael Barclay and Devon Barclay, P.C. (In re Mennona)*, Adv. Pro. No. 22-1139 (Bankr. D. Colo.) (Docket No. 62). Neither Devon Michael Barclay nor Devon Barclay, P.C., may continue to act as counsel of record for the Debtor(s).  Accordingly, the Court encourages you to consider retaining substitute legal counsel as soon as possible.

Notice is further given to the Debtor(s):

(1) The Bankruptcy Court will not act as your lawyer.

(2) Free legal advice may be available for Chapter 7 Debtors from the Colorado Bar Association Pro Se Bankruptcy Clinic at http://www.cobar.org/bankruptcy.

(3) You are responsible for paying outstanding bankruptcy filing fee installment payments, if any.  Payments may be made in person or by mail to the U.S. Bankruptcy Court, 721 19th St., Denver, CO 80202.  The Court does not accept personal checks or credit cards from debtors.  Please do not mail cash.  All cash payments must be exact, as the Court does not make change.  Payments may also be made online via debit card, PayPal, or ACH at https://www.cob.uscourts.gov/online-payments or by scanning this QR code.



(4) If it has not already been filed, you are responsible for filing Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning

      Personal Financial Management, within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341 of the Bankruptcy Code. In the alternative, an approved personal financial management course provider may notify the Court directly of your completion of the course. In either event, if the certificate or certification is not timely filed, your case will be closed, and you will not receive an order of discharge.

(5) You are responsible for complying with all orders and all time limitations established by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Local Bankruptcy Rules. Future service of process will be made at your address of record. You are responsible for keeping the Court informed of your mailing address where notices, pleadings, or other documents are sent. If your address has changed, you must complete and file the attached Change of Address form as required by Federal Rule of Bankruptcy Procedure 4002(a)(5). If you wish to receive e-mail notifications instead, you must complete and file the attached Consent for Electronic Notice and Service as required by Local Bankruptcy Rule 9036-1. Documents may be filed in person or by mail to U.S. Bankruptcy Court, 721 19th St., Denver, Colorado 80202. You may also file documents online using the Court's upload tool at https://www.cob.uscourts.gov/ifile.

(6) You are obliged to prepare personally for any hearing or trial or to hire another attorney to prepare for any future hearing or trial. If you do not have another attorney or opt not hire another attorney, you are obliged to carefully review all documents and orders to determine if a response is necessary, and to respond in a timely fashion if required.

(7) Your failure or refusal to meet these burdens may result in sanctions, including default or dismissal of any pending contested matter, adversary proceeding, or bankruptcy case.

      Dated this 12th day of January 2023.

      FOR THE COURT:

      */s/ Kenneth S. Gardner*
      Kenneth S. Gardner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

_____,

_____,

Debtor(s).

Bankruptcy Case No. _____,

Chapter \_\_\_,

**NOTICE OF CHANGE OF ADDRESS**

Your Name:

Your role in this case (Debtor, Creditor, etc.):

**Address Change Information**

Name of Party:

Old/Incorrect Address:

New Address (Street, City/State/Zip, Telephone):

Date:

Filed By: _____
*Signature of Filing Party*
Printed Name:
Mailing Address:
Telephone number:
Email:

| Fill in this information to identify your case |
|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: _____  Case #: _____
           First Name    Middle Name    Last Name

Debtor 2: _____  Chapter: _____
           First Name    Middle Name    Last Name

## Local Bankruptcy Form 9036-1.1
## Consent for Electronic Notice and Service in a Bankruptcy Case

**Complete applicable sections.**

### Part 1   Consent

I _____ [name and party type, e.g. John Smith, Debtor] hereby consent to receive notices electronically (i.e., by e-mail at: _____ [email address]) and waive my right to receive them by United States mail. I also consent to electronic service of any motions and other documents that may be filed in this case, and waive personal service or service by United States mail. Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to e-mail messages, not paper copies.

I understand I have only one free look at any orders, notices, motions, and other documents sent to my e-mail. It is my responsibility to print or download documents immediately. I understand any additional document view(s) or download(s) after the first free look will require a PACER account (www.pacer.gov) and I may be charged a fee.

### Part 2   Signature

Dated: _____  By: _____
                                              Signature

                                          Mailing Address: _____
                                          Telephone number: _____
                                          Facsimile number: _____
                                          E-mail address: _____