United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 22-13489-TBM |
| Brian Thompson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf904 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Thompson, 4544 S. Auckland Court, Aurora, CO 80015-5644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Devon Michael Barclay | on behalf of Debtor Brian Thompson devonbarclaypc@gmail.com |
| Harvey Sender | harveysender1@sendertrustee.com hsender@ecf.axosfs.com;SPierce@sendertrustee.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

---

**NOTICE REGARDING COUNSEL OF RECORD FOR DEBTOR(S)**

---

Notice is hereby given that attorney Devon Michael Barclay (Attorney Registration No. 52663) and the law firm of Devon Barclay, P.C. have been suspended from practicing law before the United States Bankruptcy Court for the District of Colorado in all cases for a period of three years starting on January 10, 2023.  *See* Memorandum Opinion After Trial, dated January 10, 2023 *Patrick S. Layng, United States Trustee, Region 19 v. Devon Michael Barclay and Devon Barclay, P.C. (In re Mennona)*, Adv. Pro. No. 22-1139 (Bankr. D. Colo.) (Docket No. 62). Neither Devon Michael Barclay nor Devon Barclay, P.C., may continue to act as counsel of record for the Debtor(s).  Accordingly, the Court encourages you to consider retaining substitute legal counsel as soon as possible.

Notice is further given to the Debtor(s):

(1) The Bankruptcy Court will not act as your lawyer.

(2) Free legal advice may be available for Chapter 7 Debtors from the Colorado Bar Association Pro Se Bankruptcy Clinic at http://www.cobar.org/bankruptcy.

(3) You are responsible for paying outstanding bankruptcy filing fee installment payments, if any.  Payments may be made in person or by mail to the U.S. Bankruptcy Court, 721 19th St., Denver, CO 80202.  The Court does not accept personal checks or credit cards from debtors.  Please do not mail cash.  All cash payments must be exact, as the Court does not make change.  Payments may also be made online via debit card, PayPal, or ACH at https://www.cob.uscourts.gov/online-payments or by scanning this QR code.



(4) If it has not already been filed, you are responsible for filing Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning

Personal Financial Management, within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341 of the Bankruptcy Code. In the alternative, an approved personal financial management course provider may notify the Court directly of your completion of the course. In either event, if the certificate or certification is not timely filed, your case will be closed, and you will not receive an order of discharge.

(5) You are responsible for complying with all orders and all time limitations established by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Local Bankruptcy Rules. Future service of process will be made at your address of record. You are responsible for keeping the Court informed of your mailing address where notices, pleadings, or other documents are sent. If your address has changed, you must complete and file the attached Change of Address form as required by Federal Rule of Bankruptcy Procedure 4002(a)(5). If you wish to receive e-mail notifications instead, you must complete and file the attached Consent for Electronic Notice and Service as required by Local Bankruptcy Rule 9036-1. Documents may be filed in person or by mail to U.S. Bankruptcy Court, 721 19th St., Denver, Colorado 80202. You may also file documents online using the Court's upload tool at https://www.cob.uscourts.gov/ifile.

(6) You are obliged to prepare personally for any hearing or trial or to hire another attorney to prepare for any future hearing or trial. If you do not have another attorney or opt not hire another attorney, you are obliged to carefully review all documents and orders to determine if a response is necessary, and to respond in a timely fashion if required.

(7) Your failure or refusal to meet these burdens may result in sanctions, including default or dismissal of any pending contested matter, adversary proceeding, or bankruptcy case.

Dated this 12th day of January 2023.

FOR THE COURT:

_____
Kenneth S. Gardner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

_____,

_____,

Debtor(s).

Bankruptcy Case No. _____,

Chapter \_\_\_,

**NOTICE OF CHANGE OF ADDRESS**

Your Name:

Your role in this case (Debtor, Creditor, etc.):

**Address Change Information**

Name of Party:

Old/Incorrect Address:

New Address (Street, City/State/Zip, Telephone):

Date:

Filed By: _____
*Signature of Filing Party*
Printed Name:
Mailing Address:
Telephone number:
Email:

| Fill in this information to identify your case |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 1: _____   Case #: _____ |
|  First Name    Middle Name    Last Name |
| Debtor 2: _____   Chapter: _____ |
|  First Name    Middle Name    Last Name |

## Local Bankruptcy Form 9036-1.1
## Consent for Electronic Notice and Service in a Bankruptcy Case

**Complete applicable sections.**

**Part 1    Consent**

I _____ **[name and party type, e.g. John Smith, Debtor]** hereby consent to receive notices electronically (i.e., by e-mail at: _____ **[email address]**) and waive my right to receive them by United States mail. I also consent to electronic service of any motions and other documents that may be filed in this case, and waive personal service or service by United States mail. Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to e-mail messages, not paper copies.

I understand I have only one free look at any orders, notices, motions, and other documents sent to my e-mail. It is my responsibility to print or download documents immediately. I understand any additional document view(s) or download(s) after the first free look will require a PACER account (www.pacer.gov) and I may be charged a fee.

**Part 2    Signature**

Dated: _____        By: _____
                                                                                         Signature

                                                                                     Mailing Address: _____
                                                                                     Telephone number: _____
                                                                                     Facsimile number: _____
                                                                                     E-mail address: _____