UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

Brian Thompson

Case No. 22-13489

Chapter 7

Debtor(s).

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

Devon Michael Barclay, Counsel to the Debtor, hereby respectfully moves for an order by the Court granting his withdrawal as Counsel from the above-captioned case. In support thereof, Counsel states as follows:

1. The Debtor filed for bankruptcy relief under Chapter 13 of the U.S. Bankruptcy Code 9/12/2022 (Docket No. 1).

2. Counsel must withdraw as counsel to the Debtor pursuant to Judge McNamara's Opinion suspending Devon Barclay and Devon Barclay, PC in bankruptcy cases. See Memorandum Opinion After Trial, dated January 10, 2023 Patrick S. Layng, United States Trustee, Region 19 v. Devon Michael Barclay and Devon Barclay, P.C. (In re Mennona), Adv. Pro. No. 22-1139 (Bankr. D. Colo.) (Docket No. 62). Counsel gives notice to the Debtor and the Court of the following pursuant to L.B.R. 9010-4(b):

a. The attorney must withdraw as counsel to the Debtor;

b. The court retains jurisdiction;

c. The client's last known address is 4544 S. Auckland Court, Aurora, CO 80015-0000 and the client's phone number is 720-530-8464;

d. The client has the burden of keeping the court informed of the mailing address where notices, pleadings, and other papers are served;

e. The client has the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

f. The client is responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.;

g. If another attorney is not hired, the client has the obligation to decide whether to respond to any motion that may be filed after the withdrawal of the counsel, to file a timely response, and to respond to any court orders requiring the client to respond;

h. If the client fails or refuses to meet these burdens, the client may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the client's bankruptcy case in some

circumstances;

i. The dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings, and a warning that such matters will not be delayed or affected by the withdrawal of counsel;

j. Service of process may be made upon the client at the client's address in the court's database;

k. Where the withdrawing attorney's client is a corporation, partnership, or other legal entity, that such entity cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity including dismissal or conversion of its case if it is a debtor; and

l. The client or other parties in interest have the right to object to the proposed withdrawal of counsel by filing with the Court an objection to the attorney's motion to withdraw within seven (7) days after mailing of the notice.

WHEREFORE Counsel prays that the Court grant the instant Motion to Withdraw as Counsel from the Debtor's case or grant any other relief as the Court may deem proper and just under the U.S. Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

DATED: January 21, 2023          Respectfully Submitted: /s/ Devon M. Barclay
                                 Devon M. Barclay, #52663
                                 2435 Ingalls Street
                                 Denver, CO 80214
                                 720-515-9887 Office
                                 devon@devonbarclaypc.com