UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

Brian Thompson

Case No. 22-13489

Chapter 7

Debtor(s).

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY**

This matter comes before the Court on Counsel's Motion to Withdraw as Debtor's Attorney. Having reviewed Counsel's Motion while being fully apprised in the legal and factual grounds set forth in the Motion, the Court hereby ORDERS that

Counsel's Motion is GRANTED and Devon M. Barclay, Esq. is released from their duties as Counsel to the Debtor as it pertains to this bankruptcy case.

Dated:_____   BY THE COURT:

_____
United States Bankruptcy Judge