UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

Brian Thompson

Case No. 22-13489

Chapter 7

Debtor(s).

## NOTICE OF MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY

### OBJECTION DEADLINE: January 31, 2023

YOU ARE HEREBY NOTIFIED that Devon M. Barclay, Esq. has filed a MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY with the Bankruptcy Court and requests the following relief: an Order directing that Devon M. Barclay, Esq. is released from his duties as attorney for the Debtor.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movants at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: January 21, 2023         Respectfully Submitted: */s/ Devon M. Barclay*
                                                        Devon M. Barclay, #52663
                                                        2435 Ingalls Street
                                                        Denver, CO 80214
                                                        720-515-9887 Office
                                                        devon@devonbarclaypc.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion to Withdraw as Counsel for the Debtor w/ Proposed Order, 9013-1.1 Notice, & Certificate was placed in the U.S. Mail, postage prepaid or delivered electronically via CM/ECF, on January 21, 2023 addressed as follows:

Brian Thompson,   (via E-Mail too)
4544 S. Auckland Court
Aurora, CO 80015-0000

Chapter 7 Trustee
VIA CM/ECF

U.S. Trustee
VIA CM/ECF

All Parties in Interest
VIA CM/ECF

*/s/ Devon M Barclay*
Counsel to Debtor