**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

BRIAN THOMPSON,

Debtor.

Bankruptcy Case No. 22-13489 TBM

Chapter 7

_____

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY
_____

THIS MATTER comes before the Court on the "Motion to Withdraw as Counsel for the Debtor" (Docket No. 24, the "Motion"), filed with the Court on January 23, 2023, by Devon M. Barclay.   The Court, having reviewed the Motion and noting the absence of any objection thereto hereby

ORDERS that the Motion is GRANTED. Attorney Devon M. Barclay shall be terminated from this case.

DATED this 6th day of February, 2023.

BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Judge