United States Bankruptcy Court
District of Colorado

In re:   Case No. 22-13489-TBM
Brian Thompson   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Feb 07, 2023     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Brian Thompson, 4544 S. Auckland Court, Aurora, CO 80015-5644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

**Name**     **Email Address**

Harvey Sender
    harveysender1@sendertrustee.com hsender@ecf.axosfs.com;SPierce@sendertrustee.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | |
| BRIAN THOMPSON, | Bankruptcy Case No. 22-13489 TBM |
| | Chapter 7 |
| Debtor. | |

_____

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY**
_____

THIS MATTER comes before the Court on the "Motion to Withdraw as Counsel for the Debtor" (Docket No. 24, the "Motion"), filed with the Court on January 23, 2023, by Devon M. Barclay.   The Court, having reviewed the Motion and noting the absence of any objection thereto hereby

ORDERS that the Motion is GRANTED. Attorney Devon M. Barclay shall be terminated from this case.

DATED this 6th day of February, 2023.

BY THE COURT:

_____
Thomas B. McNamara
United States Bankruptcy Judge